NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEITH LAMAR WESBY,          )
                                             )
          Appellant,         )
                                             )
v.                            )      Case No. 2D18-1515
                                           )
STATE OF FLORIDA,         )
                                           )
          Appellee.         )
_____)

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Keith Lamar Wesby, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.